IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CATRON, CHARLES R. HARGIS,
MICHAEL LILE, FERDINAND LUPPERGER,
JO ANNE REYNOLDS, WILLIAM SHUMATE,
On behalf of themselves and all others similarly
situated

        Plaintiffs,

vs.

                                      Case No. 8:09-CV-00923-EAK-EAJ

CITY OF ST. PETERSBURG

        Defendant.
_____/

## AFFIDAVIT OF CLIFFORD FOOTLICK

STATE OF FLORIDA

COUNTY OF PINELLAS

    BEFORE ME, the undersigned authority, duly authorized under the laws of the State of Florida to administer oaths, personally appeared Clifford Footlick, who, being first duly sworn, deposes and says as follows:

    1.    My name is Clifford Footlick.

    2.    I am over 18 years of age.

    3.    I have been employed by the City of St. Petersburg for 43 years. I am currently the Parks Director for the City of St. Petersburg. In my capacity, I oversee operations for all of the City parks and their programs, including Williams Park.

    4.    The City of St. Petersburg parks are closed at night. In particular, Williams Park is opened from 30 minutes before sunrise until 11 p.m.

    5.    The City parks are closed at night for health, safety and welfare reasons.

6. The parks are irrigated at night with reclaimed water, which provides a safety, health and welfare concern should anyone be present in the parks at night.

7. The parks are not designed for night time use. There is not sufficient lighting for night time activities, there is just security lighting.

8. There are vandalism and other crime concerns regarding allowing individuals in the parks at night.

9. The policy of closing the parks at night has been in effect for decades and is no way directed at any one group of individuals, including the homeless.

10. The City has an interest in promoting the health and safety of its citizens and visitors by keeping the parks free from potentially hazardous conditions. The City also has an interest in promoting the aesthetics of City parks. Such interests are applied equally and without consideration of the status of any individual or group.

11. In the interest of promoting health, safety and welfare, as well as the aesthetics of the public parks, the City regulates the potentially dangerous condition of personal items stored on public property including the City parks. Specifically, prior to the termination of the storage of private property on City parks, the parks experienced an unhealthy and dangerous accumulation of personal items of a variety of types, which also affected the aesthetics of the park. The attached photograph "A" is representative.

12. Visitors to City parks are notified by sign that unattended items will be immediately removed from the park.

13. The City of St. Petersburg is willing to assist in providing storage facilities to those who do not have a location to store personal property.

14. The following procedures are in place for the removal of Unattended Items within the City's Park System, pursuant to St. Petersburg City Code 8-321(d)4:

### III. Procedure:

1. Parks Department employees shall remove only items that are unattended or abandoned by the owner with the exception of items that are attached to designated storage areas i.e., (bicycles attached to bike racks) from the City's parks system.

2. Upon identifying unattended and abandoned items an assessment will be done to determine if the items are in sanitary conditions i.e., (soiled, contain bio-matter, etc.), if items are perishable or non-perishable. All of this is completed with the safety of the employee in mind who will be provided with the proper protective equipment.

3. If the items are deemed safe enough to store the employee shall proceed to bag the unattended and abandoned items in large 55 gallon bags where applicable, after which the employee shall label the bags with a tag which contains the date and location in which the items were removed.

4. Once the items are secured and are ready for storage, the Parks Department will use the following procedures for the owner of the unattended and abandoned items to retrieve their property, 1) the constituents of the person who items are deemed unattended are given a business card to give to the owner of the property with the telephone number to the Parks Department Administration Office, 2) Once the property owner is identified, the Parks Department employee(s) are instructed to provide the telephone number to Parks Department Administration Office, and 3) in the case of items being unattended or abandoned in a remote area, signage is left in the location in which the items were taken with information that provides the owner the opportunity to contact Parks Department Administration Office in order to retrieve their items.

5. Unattended and abandoned items are to be transported to the designated weather proof storage area that is provided by the Parks Department, at 5th Avenue No. and 17th Street in a secured city owned lot. Once the items are stored, the owner of the property has thirty (30) days to retrieve their property after which the items will be disposed.

6.    When the owner of the property establishes contact with Parks Administration they are then transferred to the Parks Operations Foreman who supervises the area in which the items were taken to inform the owner of the date and time and location in which the property may be retrieved which is usually made available every Wednesday from 2:00 pm – 2:45 pm.

15.    Many of the City parks have public restrooms. Downtown restrooms that are available for public use are as follows:

> Bay Beach/North Shore open 7 a.m. – 11 p.m.
> St. Mary's open 7 a.m. – 1 a.m.
> Spa Park open 7 a.m. – 5 p.m.
> Demens Landing open 7 a.m. – 11 p.m.
> Williams Park open 7 a.m. – 10 p.m.

16.    The public restrooms are closed at night as are the parks for the public health, safety and welfare. There is no policy or procedure to close public restrooms to detrimentally affect any particular person or class of persons.

17.    The restrooms at Williams Park and St. Mary's are frequently vandalized. Individuals drink alcoholic beverages in the restroom, wash clothes and take baths in the toilets. Shirts and debris are shoved down toilet drains, causing severe sewage backups and expensive plumber visits. People have defecated on the walls and left blood and other bodily fluids present. Evidence of drug activities including needles and syringes are left around. Fires have been set from the toilet paper. The attached photographs "B" from Williams Park in October 2008 are representative.

18.    The closing of the restrooms for limited hours at night allow for the City to help maintain the restrooms as well as limit the above-mentioned problems.

19.    The City of St. Petersburg does not have a policy of harassing the homeless, depriving their fundamental rights or otherwise attempting to regulate a class of individuals as opposed to individual activities.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Clifford Footlick

STATE OF FLORIDA

COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me this 9th day of June, 2009 by Clifford Footlick, who is personally known to me or who has produced _____ # _____ as identification and who did take an oath, and who appeared before me at the time of notarization.

NOTARY PUBLIC:

sign : _Marian Satalino_
print: _Marian Satalino_
State of Florida at Large
(Seal)
My Commission Expires:


MARIAN SATALINO
MY COMMISSION # DD 704608
EXPIRES: August 13, 2011
Bonded Thru Budget Notary Services









Williams Park Men's room 10/6/08

EXHIBIT B