IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CATRON, CHARLES R. HARGIS,
MICHAEL LILE, FERDINAND LUPPERGER,
JO ANNE REYNOLDS, WILLIAM SHUMATE,
On behalf of themselves and all others similarly
situated

        Plaintiffs,

vs.

                                                   Case No. 8:09-CV-00923-EAK-EAJ

CITY OF ST. PETERSBURG

        Defendant.
_____/

## AFFIDAVIT OF GARY BUSH

STATE OF FLORIDA

COUNTY OF PINELLAS

      BEFORE ME, the undersigned authority, duly authorized under the laws of the State of Florida to administer oaths, personally appeared Gary Bush, who, being first duly sworn, deposes and says as follows:

1.     My name is Gary Bush.

2.     I am over 18 years of age.

3.     I am the Operations Manager for the Codes Compliance Assistance Department for the City of St. Petersburg.

4.     I have been employed by the City of St. Petersburg for 14 years, and am familiar with the policy regarding abandoned property.

5. The City of St. Petersburg has an interest in promoting the health and safety of citizens and visitors as well as the aesthetics of the City by regulating potentially hazardous conditions on public property including public right-of-ways.

6. Personal property stored on public property, including right-of-ways, may pose a health, safety or security threat to pedestrians. The City of St. Petersburg has an interest in insuring that pedestrians have an unobstructed access to public right-of-ways.

7. The City of St. Petersburg has experienced a problem with the storage of personal property on right-of-ways. The attached photograph is illustrative.

8. I am responsible for the implementation of procedures for property storage and removal located on City of St. Petersburg right-of-ways.

9. Pursuant to City Code 8-321, if personal property is stored on the public right-of-way, notice shall be provided that it is unlawfully stored, and removal is required. A copy of the notice is attached. It designates a storage location and procedure for retrieval of the property.

10. The City of St. Petersburg is willing to assist in providing storage to those who do not have a location to store personal property.

11. If the items are not removed within 36 hours, the City of St. Petersburg may remove the items. The items are held in a large, locked storage container for 30 days. The owner of the property can arrange to pick up their items at any time in the 30-day period. Staff is available to return the items within the 30-day period.

12. The City of St. Petersburg does not have a policy, practice or custom to remove property without notice, or to destroy property without an opportunity for the owner to retrieve any seized items.

FURTHER AFFIANT SAYETH NAUGHT.

X_____
Gary Bush

STATE OF FLORIDA

COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me this 9th day of June, 2009 by Gary Bush, who is personally known to me or who has produced ____N/A____ # _____ as identification and who did take an oath, and who appeared before me at the time of notarization.

(SEAL)

KATHLEEN M. BARA
Comm# DD0748480
Expires 2/20/2012
Florida Notary Assn., Inc

NOTARY PUBLIC:

Sign: _Kathleen M Bara_
Print: _KATHLEEN M BARA_
State of Florida at Large

My Commission Expires: _____

00108576.DOC                                3



# NOTICE TO THE OWNER AND ALL PERSONS INTERESTED IN THE AFFECTED PROPERTY

This property: <u>ALL PROPERTY LOCATETD WITHIN 25 FEET OF THIS NOTICE ON PUBLIC RIGHT OF WAY OR PUBLIC PROPERTY</u> is unlawfully upon public property known as: <u>15th STREET NORTH BETWEEN 4th AVE N AND 5th AVE N.</u>

and must be removed within 36 hours from the date and time of this notice; otherwise, it will be removed and stored at: <u>1675 5th AVE N.</u>

Items not claimed within 30 days of this notice may be subject to disposal.

Date: 06/02/2009          Time:_____

Signed:_____/Codes Investigator__
          ENFORCEMENT INVESTIGATOR'S NAME/TITLE

Print:_Jose Vasallo_____   Telephone:_(727) 893-7373_

Pursuant to Section 8-321 of City Code, City of St. Petersburg

EXHIBIT B