IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CATRON, CHARLES R. HARGIS,
MICHAEL LILE, FERDINAND LUPPERGER,
JO ANNE REYNOLDS, WILLIAM SHUMATE,
On behalf of themselves and all others similarly
situated

        Plaintiffs,

vs.

                                               Case No. 8:09-CV-00923-EAK-EAJ

CITY OF ST. PETERSBURG

        Defendant.
_____/

## AFFIDAVIT OF RHONDA ABBOTT

STATE OF FLORIDA

COUNTY OF PINELLAS

     BEFORE ME, the undersigned authority, duly authorized under the laws of the State of Florida to administer oaths, personally appeared Rhonda Abbott, who, being first duly sworn, deposes and says as follows:

     1.     My name is Rhonda Abbott.

     2.     I am over 18 years of age.

     3.     I have been employed in the non-profit, social service field in Pinellas County for twenty-five (25) years. I have been employed by the City of St. Petersburg for almost three (3) years. I am currently the Manager of Social Services Planning for the City of St. Petersburg. In my capacity, I oversee twenty-eight (28) Social Action Funding Grants and provide direction and support to community service providers who assist homeless individuals and families. Social Action

1

Funding Grants support social service programs that enhance the quality of life and positively impact residents of St. Petersburg and Pinellas County.

4. I also work with the Mayor and Deputy Mayors in coordinating planning and provisions for homeless services.

5. There are no regular institutionalized public feeding of the homeless at Williams Park.

6. There are at least nine (9) soup kitchens and/or food pantries located in or around downtown St. Petersburg that provide food to homeless individuals during various times and days of the week. Those locations are St. Vincent de Paul, St. Pete Dream Center, People That Love Mission, Salvation Army, St. Petersburg Free Clinic (two locations), Daystar Life Center, Solid Rock Christian Church, and ASAP. Additionally, there is at least one individual, Don McClendon, who provides meals Monday through Friday in the vicinity of Mirror Lake Park to anyone in need.

7. In December 2007, the City of St. Petersburg partnered with the Diocese of St. Petersburg, Catholic Charities, St. Petersburg College, Progress Energy, and other local businesses to open Pinellas Hope.

8. Pinellas Hope is centrally located in Pinellas County, and provides temporary housing, restrooms, showers, food, counseling, and social services to homeless individuals seeking assistance. As of April 2009, 1,108 homeless individuals have been served through Pinellas Hope.

9. I work closely with the St. Petersburg Police Department's Downtown Deployment Team, and specifically the Homeless Street Outreach Team (made up of one police officer and one social worker), who help assess the needs of the street homeless individuals. If an opening is available at Pinellas Hope and an individual wishes to move to Pinellas Hope, Officer Rich

Linkiewicz of the St. Petersburg Police Department's Downtown Deployment Team and Homeless Street Outreach Team provides the referral and transportation.

10. I often visit with homeless individuals in downtown St. Petersburg to assess their needs and link them to services assisting them in finding housing, medical care, and other social services.

11. In January 2008, the City entered into an agreement with St. Vincent de Paul, a provider of homeless services, to provide secure storage facilities for those individuals in need of a place to store personal items. St. Vincent de Paul is located at 401 15th Street North in downtown St. Petersburg. As of the date of this affidavit the City continues to be a party to a written agreement with St. Vincent de Paul to provide storage facilities.

12. The two storage facilities at St. Vincent de Paul hold approximately two hundred (200) storage bins which are accessible between 4:00 a.m. and 6:00 a.m. and 5:00 p.m. and 7:00 p.m. seven (7) days a week. An individual may access his or her storage bin as often as he or she wishes during the times that access is permitted. There is no time limit on an individual's use of a storage bin, however, a storage bin must be accessed at least once every thirty (30) days; otherwise, the personal items will be moved to an alternative location for at least another thirty (30) days to give an individual time to claim his or her personal items. The St. Vincent de Paul staff has the information as to where an individual may retrieve their items.

13. The storage facility is monitored by a security guard paid for by St. Vincent de Paul using Social Action Grant Funding provided by the City of St. Petersburg.

14. The City has an interest in the health, safety and welfare of its citizens and visitors and in keeping the sidewalks clear and free from obstructions. It is unsafe to sleep, lay or recline on the sidewalk during busy daylight hours in downtown, both to pedestrians walking on the sidewalks

00108538.doc

and for the individuals reclining on the sidewalk. The City also has an interest in the aesthetics of maintaining a clean right-of-way and in maintaining clear access to downtown businesses and services.

15. Although sleeping, lying, and reclining are prohibited on or in public rights-of-way during daylight hours in a specific area of downtown, no one is prohibited from sleeping, lying, or reclining in public parks during daylight hours.

16. Sleeping in the right-of-way at night is not prohibited if alternative shelter space is unavailable.

17. There are at least ten (10) emergency shelters located within St. Petersburg: ASAP Homeless Services, Breaking Free By Faith Outreach Ministries, Still Standing, Inc., CASA, Family Resources, People That Love Mission, Salvation Army, St. Petersburg Free Clinic Beacon House, St. Vincent de Paul, Westcare Turning Point, and YWCA.

18. There are at least fourteen (14) transitional housing facilities in St. Petersburg: Alpha House, Boley Centers Oaks Apartments, Breaking Free By Faith Outreach Ministries Transitional Housing, Brookwood Florida Central Transitional Housing; Catholic Charities Christopher House, CASA, Family Resources, People That Love Mission, Salvation Army, St. Petersburg Free Clinic Women's Residence, St. Vincent de Paul, Westcare Mustard Seed Inn, Bay Pines Veterans Administration Domiciliary, and Christian Recovery Center Faith House.

19. There are at least thirty-one (31) permanent housing facilities in Pinellas County: Boley Centers provides twenty-three (23) permanent housing facilities, Catholic Charities provides two (2) permanent housing facilities; Homeless Emergency Project provides four (4) permanent housing facilities. Other permanent housing facilities are provided by Center for Consumer and Economic Justice, Inc., Breaking Free By Faith Outreach Ministries, Inc.

20.    The City of St. Petersburg does not have a policy, custom, or practice of harassing the homeless, depriving their fundamental rights or otherwise attempting to regulate a class of individuals as opposed to individual activities.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rhonda Abbott

STATE OF FLORIDA

COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me this 11th day of June, 2009 by Rhonda Abbott, who is personally known to me or who has produced  N/A  # _____ as identification and who did take an oath, and who appeared before me at the time of notarization.

(SEAL)

NOTARY PUBLIC:
Sign: _____
Print: _____
State of Florida at Large
My Commission Expires: _____

KATHLEEN M. BARA
Comm# DD0748480
Expires 2/20/2012
Florida Notary Assn., Inc

5

00108538.doc