UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY CATRON and
RAYMOND YOUNG,

    Plaintiffs,

v.

                                    Case No: 8:09-CV-923-SDM-EAJ

CITY OF ST. PETERSBURG,

    Defendant.
_____/

## EXHIBIT LIST

A.    Agenda for October 13, 2011 City Council Meeting.

B.    Transcript of October 13, 2011 City Council Meeting (In Re: An Attorney/Client Session, pursuant to Florida Statute 286.011(8)).

C.    Transcript of October 13, 2011 City Council Meeting (In Re: An ordinance creating a new Section 20-30(I); amending Section 20-30(e)).

D.    Agenda for November 3, 2011 City Council Meeting.

E.    Transcript of November 3, 2011 City Council Meeting (In Re: Ordinance 2-H creating a new Section 20-30(I); amending Section 20-30(e)).

F.    Section 20-30, St. Petersburg City Code (amended on November 3, 2011), available on municode.com.

G.    Defendant's Petition for Rehearing En Banc (11th Cir. Filed October 18, 2011).

H.    Defendant's Objection to Plaintiffs' Motion for Attorneys' Fees (11th Cir., filed December 21, 2011).

I.   Defendant's Motion for Leave to File a Surreply to Plaintiffs' Reply to the City's Objection to Plaintiffs' Motion for Attorneys' Fees (11th Cir., filed January 1, 2012).

J.   Trespass warning issued to Anthony Catron on May 24, 2010.