# COUNCIL MEETING

Municipal Building
175-5th Street North
Second Floor Council Chamber

**CITY OF ST. PETERSBURG**

October 13, 2011
2:00 PM

A. **Meeting Called to Order and Roll Call.**
Invocation and Pledge to the Flag of the United States of America.

B. **Approval of Agenda with Additions and Deletions.**

C. **Awards and Presentations**

   1. Proclamation recognizing October 9-15, 2011 as Fire Prevention Week.

   2. Presentation of the Paramedic & EMT of the Year Award.

   3. Presentation recognizing the Firefighter and Fire Officer of the Year.

   4. Proclamation recognizing October as Entrepreneurship Month.

   5. Proclamation recognizing October as Drop off your Drawers for Clothes to Kids Month.

   6. Proclamations recognizing October as Domestic Violence Awareness Month to be presented to CASA and New Hope Missionary Baptist Church.

   7. Presentation regarding the Special Operations Warrior Foundation Inaugural Charity Golf Tournament.

   8. Presentation of the Sunshine Ambassador Award to Rick Dunn for his work with the WorkNet Pinellas Youth Economic Opportunity Committee.

   9. Presentation of the CareFest "Care Cup."

   10. Proclamation recognizing October 16-22, 2011 as Friends of the Library Week.

   11. Proclamation recognizing October as Cyber Security Awareness Month.

   12. Tampa Bay Rays "It Gets Better" Anti-Bullying Presentation.

D. **Correspondence**

EXHIBIT A

E. <u>Legal - 2:00 p.m.</u>

    1. <u>An Attorney-Client Session, pursuant to Florida Statute 286.011(8), in the case of Anthony Catron, et al vs. City of St. Petersburg, Case No. 8:09CV923-T-17EAJ.</u>

F. <u>Adjournment</u>

On Thursday, October 13, 2011 at 2:00 p.m., an attorney-client session, pursuant to Florida Statute 286.011(8), will be held in conjunction with the lawsuit styled Anthony Catron, et al vs. City of St. Petersburg Case No. 8:09CV923-T-17EAJ. Any or all of the following persons will be attending: James Kennedy, Chair, Karl Nurse, Vice Chair, Herbert E. Polson, Bill Dudley; Leslie Curran, Steve Kornell; Wengay "Newt" Newton; Jeff Danner; Mayor Bill Foster; John C. Wolfe, City Attorney; Mark A. Winn, Chief Assistant City Attorney; and Joseph P. Patner, Assistant City Attorney. The session will commence in City Council Chambers, 175 Fifth Street North, St. Petersburg, Florida. After the commencement of the session at the public meeting, the session will be closed and only those persons described above together with a certified court reporter will be allowed to be present. The subject matter of the meeting shall be confined to settlement negotiations. At the conclusion of the session the meeting will be re-opened and the session will be terminated.

EXHIBIT A

# MEETING AGENDA
## CITY OF ST. PETERSBURG

Note: An abbreviated listing of upcoming City Council meetings.

### Budget, Finance & Taxation/Youth Services Joint Committee
*Thursday, October 13, 2011, 8:00 a.m., Room 100*

### Pubic Services & Infrastructure Committee
*Thursday, October 13, 2011, 9:15 a.m., Room 100*

### CRA/Agenda Review & Administrative Updates
*Thursday, October 13, 2011, 1:30 p.m., Room 100*

### City Council Meeting
*Thursday, October 13, 2011, **2:00 p.m.**, Council Chamber*

### Youth Services Committee
*Thursday, October 20, 2011, 8:30 a.m., Room 100*

### Council Workshop – Review of Stadium Use Agreement
*Thursday, October 20, 2011, 10:0 a.m., Room 100*

### Council Workshop – Sign Ordinance
*Thursday, October 20, 2011, 1:00 p.m., Room 100*

EXHIBIT A

# CITY OF ST. PETERSBURG
# Board and Commission Vacancies



**Affordable Housing Advisory Committee (SHIP)**
Regular Members in the following categories: banking/mortgage banking industry in connection with affordable housing; for-profit provider of affordable housing; real estate professional in connection with affordable housing; and representative of employers within the jurisdiction
(Terms expire 6/4/14)

**Arts Advisory Committee**
2 Regular Members
(Terms expire 9/30/12 & 9/30/14)

**City Beautiful**
2 Regular Members
(Terms expire 12/31/11 & 12/31/12)

**Civil Service Board**
3 Alternate and 1 Regular Member
(Terms expire 6/30/13 and 6/30/14)

**International Relations Committee**
1 Regular Member
(Term expires 12/31/13)

**Public Arts Commission**
3 Regular Members
(Terms expire 4/30/13, 2/28/14 & 4/30/15)

1. On Thursday, October 13, 2011 at 2:00 p.m., an attorney-client session, pursuant to Florida Statute 286.011(8), will be held in conjunction with the lawsuit styled Anthony Catron, et al vs. City of St. Petersburg Case No. 8:09CV923-T-17EAJ. Any or all of the following persons will be attending: James Kennedy, Chair, Karl Nurse, Vice Chair, Herbert E. Polson, Bill Dudley; Leslie Curran, Steve Kornell; Wengay "Newt" Newton; Jeff Danner; Mayor Bill Foster; John C. Wolfe, City Attorney; Mark A. Winn, Chief Assistant City Attorney; and Joseph P. Patner, Assistant City Attorney. The session will commence in City Council Chambers, 175 Fifth Street North, St. Petersburg, Florida. After the commencement of the session at the public meeting, the session will be closed and only those persons described above together with a certified court reporter will be allowed to be present. The subject matter of the meeting shall be confined to settlement negotiations. At the conclusion of the session the meeting will be re-opened and the session will be terminated.

EXHIBIT A

EXHIBIT A