ST. PETERSBURG CITY COUNCIL MEETING
OCTOBER 13, 2011

IN RE:

AN ATTORNEY/CLIENT SESSION,
PURSUANT TO FLORIDA STATUTE 286.011(8)

ANTHONY CATRON, ET AL.,

      Plaintiffs,

vs              CASE NO. 8:09-cv-923-T-17EAJ

CITY OF ST. PETERSBURG,

      Defendant.

*******************************************************

| | |
|---|---|
| AUDIO RECORDED SESSION OF: | ST. PETERSBURG CITY COUNCIL MEETING |
| DATE: | OCTOBER 13, 2011 |
| LOCATION: | COUNCIL CHAMBERS 175 Fifth Street North St. Petersburg, Florida |
| TRANSCRIBED BY: | JACQUELINE REICHERT Court Reporter Notary Public No. DD 772714 Expires: 3/27/12 |

# EXHIBIT B

**INTEGRA REPORTING GROUP, LLC**
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM

```
 1                        PROCEEDINGS
 2          CHAIRMAN:  We have a legal proceeding, an
 3     attorney/client session, pursuant to Florida
 4     Statute 286.011(8).  In the case of Anthony
 5     Catron, et al versus the City of
 6     St. Petersburg, Case No. 8:09-cv-
 7     923-T-17EAJ.
 8          At this time I'm going to announce that
 9     an attorney/client session will commence
10     following the reading of this announcement
11     involving the lawsuit styled Anthony Catron,
12     et al versus the City of St. Petersburg, Case
13     No. 8:09-cv-923-T-17EAJ.  It is estimated
14     that this session will last 30 to 45
15     minutes.  Any or all of the following named
16     persons will be attending this meeting:
17     James Kennedy, Chair; Karl Nurse, Vice Chair;
18     Herbert D. Polson, Phil Dudley, Leslie
19     Curran, Steve Kornell, Wengay Newton, Jeff
20     Danner, Mayor Bill Foster, attorneys for the
21     City, John Wolfe, Mark Winn, Joe Patner.
22          This meeting is being recorded by a
23     Certified Court Reporter and I need to now
24     close the session.  And the session is
25     closed.
```

# EXHIBIT B

1           (St. Petersburg City Council

2   Attorney/Client Session regarding Anthony

3   Catron, et al versus City of St. Petersburg,

4   Case No. 8:09-cv-923-T-17EAJ was closed to

5   the public.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## EXHIBIT B

1               CERTIFICATE OF REPORTER

2

3

4

5

6

7

8         I Jacqueline L. Reichert, Court Reporter,
Notary Public for the State of Florida at large, do
hereby certify I transcribed the audio proceedings at
9 the time and place so indicated and that my notes
were hereinafter reduced to a computer-generated
10 transcript.

11        I further certify that I am not an employee
or relative of any of the parties and am not an
12 employee or relative of the parties, and further
certify that I am not financially interested in the
13 outcome of this proceeding.

14        I hereby affix my signature this 11th day of
January 2012, in Tampa, Hillsborough County,
15 Florida.

16

17

18

19                                                  _____
JACQUELINE L. REICHERT
20 Court Reporter

21

22

23

24

25

## EXHIBIT B

**INTEGRA REPORTING GROUP, LLC**
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM