ORIGINAL

ST. PETERSBURG CITY COUNCIL MEETING
OCTOBER 13, 2011

IN RE:

AN ORDINANCE CREATING A NEW SECTION 20-30(i)
PROVIDING FOR APPEALS TO THE ISSUANCE OF
TRESPASS WARNINGS. AMENDING SECTION 20-30(e)
TO PROVIDE THAT TRESPASS WARNINGS SHALL IDENTIFY
THE RIGHT OF AN APPEAL TO A TRESPASS WARNING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AUDIO RECORDED SESSION OF: | ST. PETERSBURG CITY COUNCIL MEETING |
| DATE: | OCTOBER 13, 2011 |
| LOCATION: | COUNCIL CHAMBERS<br>175 Fifth Street North<br>St. Petersburg, Florida |
| TRANSCRIBED BY: | JACQUELINE REICHERT<br>Court Reporter<br>Notary Public<br>No. DD 772714<br>Expires: 3/27/12 |

EXHIBIT C

INTEGRA REPORTING GROUP, LLC
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM

PROCEEDINGS

CHAIRMAN: Okay. I declare the City Council meeting reopened and announce the termination of the closed session.

MR. WOLFE: So you're now back in open session, if there's any motions you'd like to make.

COUNCIL MEMBER: Approval.

COUNCIL MEMBER: Second.

CHAIRMAN: And this would be move approval of the ordinance creating a new section in 20-30(i) providing for appeals.

MR. WOLFE: Now, we need the title to be read and the clerk will read the title as soon as she gets the ordinance.

THE CLERK: An ordinance creating a new section 20-30(i) providing for appeals to the issuance of trespass warnings in certain situations providing for Hearing Masters and procedures for appeals; clarifying and formalizing the process for an appeal of a trespass warning. Amending Section 20-30(e) to provide that trespass warnings shall identify the right to an appeal of a trespass warning and providing an effective date.

**EXHIBIT C**

**INTEGRA REPORTING GROUP, LLC**
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM

| | |
|---|---|
| 1 | THE CHAIRMAN: Thank you. Seeing no |
| 2 | lights (sic), roll call, please. |
| 3 | THE CLERK: Curran? |
| 4 | MS. CURRAN: Yes. |
| 5 | THE CLERK: Kornell? |
| 6 | MR. KORNELL: Yes. |
| 7 | THE CLERK: Newton? |
| 8 | MR. NEWTON: Yes. |
| 9 | THE CLERK: Danner? |
| 10 | MR. DANNER: Yes. |
| 11 | THE CLERK: Polson? |
| 12 | MR. POLSON: Yes. |
| 13 | THE CLERK: Kennedy? |
| 14 | MR. KENNEDY: Yes. |
| 15 | THE CLERK: Dudley? |
| 16 | MR. DUDLEY: Yes. |
| 17 | THE CHAIRMAN: Okay. And with that we |
| 18 | will take a short recess and come back at |
| 19 | 3:00 and start our awards and presentations. |
| 20 | COUNCIL MEMBER: Wait. Was the public |
| 21 | hearing date announced? |
| 22 | THE CLERK: It would be October 20th, the |
| 23 | public hearing date. |
| 24 | THE CHAIRMAN: Okay. So we're in recess, |
| 25 | we'll be back at 3:00. |

**EXHIBIT C**

1    (St. Petersburg City Council stands in
2  recess.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF REPORTER

    I Jacqueline L. Reichert, Court Reporter, Notary Public for the State of Florida at large, do hereby certify I transcribed the audio proceedings at the time and place so indicated and that my notes were hereinafter reduced to a computer-generated transcript.

    I further certify that I am not an employee or relative of any of the parties and am not an employee or relative of the parties, and further certify that I am not financially interested in the outcome of this proceeding.

    I hereby affix my signature this 11th day of January 2012, in Tampa, Hillsborough County, Florida.

_____
JACQUELINE L. REICHERT
Court Reporter

**EXHIBIT C**

INTEGRA REPORTING GROUP, LLC
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM