# COUNCIL ![pelican] MEETING

**CITY OF ST. PETERSBURG**

Municipal Building
175-5th Street North
Second Floor Council Chamber

November 3, 2011
8:30 AM

Welcome to the City of St. Petersburg City Council meeting. To assist the City Council in conducting the City's business, we ask that you observe the following:

1.    If you are speaking under the Public Hearings, Appeals or Open Forum sections of the agenda, please observe the time limits indicated on the agenda.

2.    Placards and posters are not permitted in the Chamber. Applause is not permitted except in connection with Awards and Presentations.

3.    Please do not address Council from your seat. If asked by Council to speak to an issue, please do so from the podium.

4.    Please do not pass notes to Council during the meeting.

5.    Please be courteous to other members of the audience by keeping side conversations to a minimum.

6.    The Fire Code prohibits anyone from standing in the aisles or in the back of the room.

7.    If other seating is available, please do not occupy the seats reserved for individuals who are deaf/hard of hearing.

## GENERAL AGENDA INFORMATION

For your convenience, a copy of the agenda material is available for your review at the Main Library, 3745 Ninth Avenue North, and at the City Clerk's Office, 1st Floor, City Hall, 175 Fifth Street North, on the Monday two weeks preceding the regularly scheduled Council meeting. *The agenda and backup material is also posted on the City's website at www.stpete.org and generally electronically updated the Friday preceding the meeting and again the day preceding the meeting. The updated agenda and backup material can be viewed at all St. Petersburg libraries.* An updated copy is also available on the podium outside Council Chamber at the start of the Council

EXHIBIT D

meeting.

If you are deaf/hard of hearing and require the services of an interpreter, please contact the City Clerk, 893-7448, or call our TDD Number, 892-5259, at least 24 hours prior to the meeting and we will provide that service for you.

EXHIBIT D

November 3, 2011
8:30 AM

A.   Meeting Called to Order and Roll Call.

Invocation and Pledge to the Flag of the United States of America.

B.   Approval of Agenda with Additions and Deletions.

Open Forum

*If you wish to address City Council on subjects other than **public hearing or quasi-judicial items listed on this agenda**, please sign up with the Clerk prior to the meeting. Only the individual wishing to speak may sign the Open Forum sheet and only City residents, owners of property in the City, owners of businesses in the City or their employees may speak. All issues discussed under Open Forum must be limited to issues related to the City of St. Petersburg government.*

*Speakers will be called to address Council according to the order in which they sign the Open Forum sheet. In order to provide an opportunity for all citizens to address Council, each individual will be given three (3) minutes. The nature of the speakers comments will determine the manner in which the response will be provided. The response will be provided by City staff and may be in the form of a letter or a follow-up phone call depending on the request.*

C.   Consent Agenda (see attached)

D.   Awards and Presentations

1.   Historic Kenwood Neighborhood Association Bungalow Fest 2011 Home Tour.

E.   Correspondence

F.   Public Hearings and Quasi-Judicial Proceedings

Public Hearings

*NOTE: The following Public Hearing items have been submitted for **consideration** by the City Council. If you wish to speak on any of the Public Hearing items, please obtain one of the **YELLOW** cards from the containers on the wall outside of Council Chamber, fill it out as directed, and present it to the Clerk. You will be given 3 minutes ONLY to state your position on any item but may address more than one item.*

1.   Ordinance 1032-V approving the vacation of a 10 foot wide T-shaped alley within the

EXHIBIT D

block bound by 36th and 37th Avenues North and 71st and 72nd Streets North. (City File 07-33000011)

2. Ordinance 2-H creating a new Section 20-30(i); providing for appeals to the issuance of trespass warnings in certain situations; providing for hearing masters and procedures for appeals; clarifying and formalizing the process for an appeal of a trespass warning; and amending Section 20-30(e) to provide that trespass warnings shall identify the right to an appeal of a trespass warning.

3. Ordinance 3-H revising St. Petersburg City Code Chapter 16 to amend Section 16.40.120.3.2 (exempt signs) and Section 16.40.120.3.3 (prohibit signs).

## Quasi-Judicial Proceedings

*Swearing in of witnesses. Representatives of City Administration, the applicant/appellant, opponents, and members of the public who wish to speak at the public hearing must declare that he or she will testify truthfully by taking an oath or affirmation in the following form:*

*"Do you swear or affirm that the evidence you are about to give will be the truth, the whole truth, and nothing but the truth?"*

*The oath or affirmation will be administered prior to the presentation of testimony and will be administered in mass to those who wish to speak. Persons who submit cards to speak after the administration of the oath, who have not been previously sworn, will be sworn prior to speaking.* ***For detailed procedures to be followed for Quasi-Judicial Proceedings, please see yellow sheet attached to this agenda.***

4. Appeal of the Development Review Commission (DRC) approval of a site plan modification to construct a 240-unit multi-family development with variances for 1) environmental preservation, and 2) tree preservation located at 11801 10th Way N. (City File 11-31000014 Appeal)

G. Reports

1. Update on Pinellas Suncoast Transit Authority (PSTA), Metropolitan Planning Organization (MPO) and Tampa Bay Area Regional Transportation Authority (TBARTA). (Councilmember Danner) (Oral)

2. Tourist Development Council. (Councilmember Curran) (Oral)

3. Florida Orchestra Update. (Oral)

4. Mahaffey Theater Update. *[To be heard at 10:30 a.m.]*

EXHIBIT D

(a) Resolution authorizing the Mayor or his designee to approve a First Amendment to the Management Agreement between the City of St. Petersburg, Florida and Big 3 Entertainment, LLC, for the management, operation, maintenance and marketing of the Mahaffey Theater facility.

EXHIBIT D

5.   Resolution consenting to limited access designation for a portion of Ulmerton Road (SR 688) between I-275 and 34th Street North (Parcel 103); and authorizing the Mayor or his designee to execute all documents necessary to effectuate this Resolution.

6.   Pier Competition Update.  (Oral)

7.   Solar Parks Initiative Grant Project:

(a)  Awarding a contract to LEMA Construction & Developers, Inc. in the amount of $1,562,920 for the Solar Parks Initiative Grant Project.  (Engineering Project No. 10237-017); Oracle No.12710)

(b)  Authorizing the Mayor or his designee to execute Amendment No. 2 to Task Order CID-09-01-AEI to the agreement between the City of St. Petersburg and Affiliated Engineers, Inc. (AEI) in the amount not to exceed $41,280 for Construction Phase Services for the Solar Parks Initiative Grant project, for a total amount of $284,405.  (Engineering Project No. 10237-017; Oracle No.12710)

8.   Awarding a contract to Henriquez Electric Corporation in the amount of $473,800 for the Southwest Water Reclamation Facility (SWWRF) Generator G-3 Replacement FY11 Project (Engineering Project No. 11029-111; Oracle Project No. 12970).

9.   Awarding blanket purchase agreements to Galls, an Aramark Company LLC, Survival Armor, Inc., Chief Supply Corporation dba Law Enforcement Supply Company, Patrick's Uniforms of Florida, Inc., and Signal 15, Inc. for protective body armor for the Police Department at an estimated annual cost of $110,000.

10.  Resolution consenting to Tampa Bay Research Institute, Inc.'s request to sublease a portion of its facility, situated on property currently leased from the City of St. Petersburg at 10900 Roosevelt Boulevard, St. Petersburg, to IRX Therapeutics, Inc.; and authorizing the Mayor or his designee to execute all documents necessary to effectuate same.

H.   **New Ordinances - (First Reading of Title and Setting of Public Hearing)**

Setting November 21, 2011 as the public hearing date for the following proposed Ordinanc

1.   Ordinance amending Section 12-6(4) of the St. Petersburg City Code to increase fire prevention fees and fire code inspection fees; and adding a fee for plan revisions.

2.   Ordinance amending Sections 26-167 (A)(2), (3), and (4) of the St. Petersburg City Code to increase the base fine amounts in the parking penalties schedule related to improper, illegal and miscellaneous parking fines; and providing for severability.

EXHIBIT D

3.  Ordinance amending Section 8-98 of the St. Petersburg City Code regarding placarding dangerous buildings against human habitation; and providing for placarding for sanitary reasons.

4.  Ordinance enacting year-end appropriation adjustments FY11 Operating Budgets & Capital Improvement Program Budgets & Adjustments to the FY12 Budget.

I.  **New Business**

1.  Requesting discussion regarding the upcoming workshop (Manhattan Casino) scheduled November 21, 2011 to ensure the Agenda contains appropriate topics and a sufficient time frame to address the issue.  (Councilmember Curran)

2.  Requesting discussion regarding illegal guns, specifically how the Police Department reports illegal gun activity to Council and what is being done to reduce illegal gun activity.  (Councilmember Kornell)

J.  **Council Committee Reports**

1.  Youth Services Committee. (10/20/11)

2.  Budget Finance Taxation Committee. (10/27/11)

    (a) Resolution authorizing the Mayor to execute a Second Amendment to the Interlc Agreement between the City and Pinellas County in the amount of $392,896 for Homelessness Prevention and Rapid Re-Housing Program ("Agreement"), pursu to a grant from the Florida Department of Children and Families, as amended, t changes all references to the date of June 30, 2011 in the Agreement, as amend to September 30, 2011; authorizing the Mayor or his designee to execute all ot documents necessary to effectuate this transaction.

3.  Housing Services Committee.  (10/27/11)

    (a)  Resolution approving an amendment to the City's Local Housing Assistance F under the State Housing Initiatives Partnership ("SHIP") Program for FY 2009-2( ("Current Plan"); authorizing the submission of the Plan Amendment to the Flor Housing Finance Corporation; authorizing the Mayor or his designee to execute documents necessary to effectuate the current plan, as amended; and to expe funds in accordance with the Current Plan, as amended, upon approval of the F Amendment by the Florida Housing Finance Corporation.

4.  Legislative Affairs & Intergovernmental Relations Committee.  (11/1/11) *(Oral)*

EXHIBIT D

K.   <u>Legal</u>

L.   <u>Open Forum</u>

M.   <u>Adjournment</u>

EXHIBIT D

Consent Agenda A



CONSENT AGENDA

**NCIL MEETING**                                **CITY OF ST. PETERSBURG**

November 3, 2011

NOTE: Business items listed on the yellow Consent Agenda cost more than one-half million dollars while the blu
Consent Agenda includes routine business items costing less than that amount.

(Purchasing)

1. ~~Solar Parks Initiative Grant Project:~~ *[Moved to Reports as G-7]*

   (a) ~~Awarding a contract to LEMA Construction & Developers, Inc. in the amount of $1,562,920 for the Solar Parks Initiative Grant Project. (Engineering Project No. 10237-017); Oracle No.12710)~~

   (b) ~~Authorizing the Mayor or his designee to execute Amendment No. 2 to Task Order CID-09-01-AEI to the agreement between the City of St. Petersburg and Affiliated Engineers, Inc. (AEI) in the amount not to exceed $41,200 for Construction Phase Services for the Solar Parks Initiative Grant project, for a total amount of $284,405. (Engineering Project No. 10237-017; Oracle No.12710)~~

2. Approving a change order to Odyssey Manufacturing Co. for sodium hypochlorite in the amount of $117,930 which increases the total estimated annual cost to $1,074,475.

3. Approving blanket purchase agreements for refuse containers and compactors from Dura-Cast Products, Inc., Wastequip Manufacturing, Iron Container, LLC and Equipco Manufacturing, Inc. for the Sanitation Department at an estimated annual cost of $613,231.

4. Awarding a blanket purchase agreement to the School Board of Pinellas County for vehicle transportation services for the Parks and Recreation Department at an estimated annual cost of $600,000.

(Public Works)

5. Resolution finding that $6,700 is an amount sufficient to pay for trail maintenance of the St. Petersburg 37th Street Shared Use Trail portion of the St. Petersburg Bicycle Lanes Projects; St. Petersburg Shared Use Trail Projects; and the Downtown St. Petersburg Rail Connection Project ("Project") from the east side of 37th Street South

EXHIBIT D

from 54th Avenue South to north of 34th Avenue South over its useful life of fifteen (15) years; authorizing a supplemental appropriation in the amount of $6,700 from the unappropriated balance of the General Fund to fund future trail maintenance required by the local agency program agreement between the State of Florida Department of Transportation ("FDOT") and the City of St. Petersburg ("City") dated December 30, 2004; providing that the maintenance funds shall not need annual re-appropriations and shall be considered encumbered for the useful life of the project with only authorized expenditures from that project being for maintenance of the trail improvements of the St. Petersburg 37th Street Shared Use Trail portion of the project; finding that execution of Supplement No. 3 to the agreement shall not be considered an unlawful act under Florida Statute 166.241; authorizing the Mayor or his designee to execute Supplement No. 3 to the agreement between the City and FDOT for increased construction costs for the St. Petersburg 37th Street Shared Use portion of the project in an amount not to exceed $540,000; and authorizing a supplemental appropriation in the amount of $540,000 from the increase in the unappropriated balance of the Bicycle/Pedestrian Safety Grants Capital Projects Fund (3004), resulting from these additional revenues, to the Bike 37th Street Trail FY05 Project (10049). (FDOT Financial Project No. 406484 4 58 01) (Engineering Project No. 05056-112; Oracle No. 10049)

EXHIBIT D

**Consent Agenda B**



# CONSENT AGENDA

| NCIL MEETING | CITY OF ST. PETERSBURG |

**November 3, 2011**

NOTE: The Consent Agenda contains normal, routine business items that are very likely to be approved by the City Council by a single motion. Council questions on these items were answered prior to the meeting. Each Councilmember may, however, defer any item for added discussion at a later time.

**(Purchasing)**

1. ~~Awarding a contract to Henriquez Electric Corporation in the amount of $473,800 for the Southwest Water Reclamation Facility (SWWRF) Generator G-3 Replacement FY11 Project (Engineering Project No. 11029-111; Oracle Project No. 12970).~~ *[Moved to Reports as G-8]*

2. Approving the purchase of five replacement riding lawn mowers for the Fleet Department from Wesco Turf, Inc. at a total cost of $420,285

3. Renewing an agreement with Humana Medical Plan, Inc. for group health insurance, Medicare + Choice Health Management Organization (HMO) and Humana Insurance Company for Preferred Provider Organization (PPO) for retirees at an estimated annual premium of $404,280. Both companies are wholly owned subsidiaries of Humana, Inc.

4. Awarding a blanket purchase agreement to Xerox Corporation for the lease and maintenance of copiers at an estimated annual amount of $340,000.

5. Awarding a three-year blanket purchase agreement to Home Depot U.S.A., Inc. for maintenance, repair and operating supplies at an estimated annual amount of $245,000.

6. Approving a contract with InSource Software Solutions, Inc., a sole source supplier, to support and maintain SCADA software for the Water Resources Department in an amount not to exceed $225,000; approving a resolution rescinding an unencumbered appropriation in the Water Resources Capital Projects Fund (4003) in the amount of $225,000 from the ASM CMMS FY 2007 Project (11440); and approving a supplemental appropriation in the amount of $225,000 resulting from this rescission, to the ASM Comp Enhancements FY11 Project (12971).

7. Renewing agreements with Acushnet Company, Nike USA, Inc., and Callaway Golf

EXHIBIT D

Sales Company for golf supplies for resale for the Golf Courses Departments at an estimated annual amount of $125,000.

8.  Renewing agreements with U.S. Food Service, Inc., Great Bay Distributors, Inc., Van Snax Distributors, Inc. and three other suppliers for food and beverages for resale at an estimated annual amount of $115,000.

9.  ~~Awarding blanket purchase agreements to Galls, an Aramark Company LLC, Survival Armor, Inc., Chief Supply Corporation dba Law Enforcement Supply Company, Patrick's Uniforms of Florida, Inc., and Signal 15, Inc. for protective body armor for the Police Department at an estimated annual cost of $110,000.~~  *[Moved to Reports as G-9]*

**(Public Works)**

10. Authorizing the Mayor or his designee to execute an annual Master Agreement and up to three one-year renewal options between the City of St. Petersburg and ARC3 Architecture, Inc., Architect Larry LaDelfa, C.B. Goldsmith and Associates, Inc., Clemmons Architecture, Harvard Jolly, Inc., Robert Aude Associates, Inc., Wannemacher Jensen Architects, Inc. to furnish professional architectural/ engineering services for miscellaneous City Facility Improvement Projects.

11. Authorizing the Mayor or his designee to execute a Construction Agreement ("Agreement") between the City and the Florida Department of Transportation for construction of 14 landscaped center medians along 4th Street North (SR 687) between 5th Avenue North and 30th Avenue North as described herein, and all other documents necessary to effectuate the Agreement. (Engineering Project No. 05107-210; Oracle No. C120402)

12. Approving a License Agreement with the Lowry Park Zoological Society to allow the harvesting of hydrilla from lakes located on City owned Section 21 Wellfield property in Hillsborough County.

**(Miscellaneous)**

13. Authorizing the Mayor or his designee to accept $190,603 from Pinellas County ("County") as the City's share of the FY 2011 Edward Byrne Memorial Justice Assistance Grant ("JAG") to continue funding of law enforcement initiatives as set out in the County's grant application, and to execute all documents necessary to effectuate this transaction; approving a supplemental appropriation in the amount of $190,603 from the increase in the unappropriated balance of the Police Grants Trust Fund (1702), resulting from these additional revenues, to the Police Department, Fiscal Support (140-1389), JAG 2011 Project (13212).

EXHIBIT D

14. Approving minutes of the August 4 and August 18, 2011 City Council meetings.

15. ~~Resolution consenting to Tampa Bay Research Institute, Inc.'s request to sublease a portion of its facility, situated on property currently leased from the City of St. Petersburg at 10900 Roosevelt Boulevard, St. Petersburg, to IRX Therapeutics, Inc., and authorizing the Mayor or his designee to execute all documents necessary to effectuate same.~~ *[Moved to Reports as G-10]*

EXHIBIT D

# MEETING AGENDA

**CITY OF ST. PETERSBURG**

Note: An abbreviated listing of upcoming City Council meetings.

### Budget, Finance & Taxation Committee
*Thursday, October 27, 2011, 9:15 a.m., Room 100*

### Housing Services Committee
*Thursday, October 27, 2011, 10:30 a.m., Room 100*

### CRA/Agenda Review & Administrative Updates
*Thursday, October 27, 2011, 1:30 p.m., Room 100*

### Legislative Affairs & Intergovernmental Relations Committee
*Tuesday, November 1, 2011, 9:30 a.m., Community Resource Room*

### Budget, Finance & Taxation Committee
*Thursday, November 3, 2011, immediately following City Council, Room 100*

### Public Services & Infrastructure Committee
*Thursday, November 3, 2011, immediately following the BFT Meeting, Room 100*

### City Council Special Session
*Monday, November 14, 2011, 1:30 p.m., Council Chamber*

Declaring the results of the November 8, 2011 General Election
Attorney/Client Session (Closed)

### Budget, Finance & Taxation Committee
*Monday, November 14, 2011, 2:30 p.m., Room 100*

EXHIBIT D

<u>City Council Workshop – Manhattan Casino</u>
*Monday, November 21, 2011, 1:30 p.m., Room 100*

EXHIBIT D

# CITY OF ST. PETERSBURG
# Board and Commission Vacancies



**Affordable Housing Advisory Committee (SHIP)**
Regular Members in the following categories:
banking/mortgage banking industry in
connection with affordable housing; for-profit
provider of affordable housing; real estate
professional in connection with affordable
ousing; representative of employers within the
jurisdiction and a representative of essential
services personnel, as defined in the local
housing assistance plan.
(Terms expire 6/4/14)

**Arts Advisory Committee**
2 Regular Members
(Terms expire 9/30/12 & 9/30/14)

**City Beautiful**
2 Regular Members
(Terms expire 12/31/11 &  12/31/12)

**Civil Service Board**
3 Alternate and 1 Regular Member
(Terms expire 6/30/13 and 6/30/14)

**International Relations Committee**
1 Regular Member
(Term expires 12/31/13)

**Public Arts Commission**
3 Regular Members
(Terms expire 4/30/13, 2/28/14 &
4/30/15)

EXHIBIT D

## PROCEDURES TO BE FOLLOWED FOR QUASI-JUDICIAL PROCEEDINGS:

1.      **Anyone wishing to speak must fill out a yellow card and present the card to the Clerk. All speakers must be sworn prior to presenting testimony. No cards may be submitted after the close of the Public Hearing. Each party and speaker is limited to the time limits set forth herein and may not give their time to another speaker or party.**

2.      At any time during the proceeding, City Council members may ask questions of any speaker or party. The time consumed by Council questions and answers to such questions shall not count against the time frames allowed herein. Burden of proof: in all appeals, the Appellant bears the burden of proof; in variance application cases, the Applicant bears the burden of proof; in rezoning and land use cases, the Owner bears the burden of proof except in cases initiated by the City, in which event the City Administration bears the burden of proof. Waiver of Objection: at any time during this proceeding Council Members may leave the Council Chamber for short periods of time. At such times they continue to hear testimony because the audio portion of the hearing is transmitted throughout City Hall by speakers. If any party has an objection to a Council Member leaving the Chamber during the hearing, such objection must be made at the start of the hearing. If an objection is not made as required herein it shall be deemed to have been waived.

3.      Initial Presentation. Each party shall be allowed ten (10) minutes for their initial presentation.

   a.     Presentation by City Administration.

   b.     Presentation by Applicant followed by the Appellant, if different. If Appellant and Applicant are different entities then each is allowed the allotted time for each part of these procedures. In connection with land use and zoning ordinances where the City is the applicant, the land owner(s) shall be given the time normally reserved for the Applicant/Appellant, unless the land owner is the Appellant.

   c.     Presentation by Opponent. If anyone wishes to utilize the initial presentation time provided for an Opponent, said individual shall register with the City Clerk at least one week prior to the scheduled public hearing. If there is an Appellant who is not the Applicant, then no Opponent is allowed.

4.      Public Hearing. A Public Hearing will be conducted during which anyone may speak for 3 minutes. Speakers should limit their testimony to information relevant to the ordinance or application and criteria for review.

5.      Cross Examination. Each party shall be allowed five (5) minutes for cross examination. All questions shall be addressed to the Chair and then (at the discretion of the Chair) asked either by the Chair or by the party conducting the cross examination of the appropriate witness. One (1) representative of each party shall conduct the cross examination. If anyone wishes to utilize the time provided for cross examination and rebuttal as an Opponent, and no one has previously registered with the Clerk, said individual shall notify the City Clerk prior to the conclusion of the Public Hearing. If no one gives such notice, there shall be no cross examination or rebuttal by Opponent(s). If more than one person wishes to utilize the time provided for Opponent(s), the City Council shall by motion determine who shall represent Opponent(s).

   a.     Cross examination by Opponents.
   b.     Cross examination by City Administration.
   c.     Cross examination by Appellant followed by Applicant, if different.

6.      Rebuttal/Closing. Each party shall have five (5) minutes to provide a closing argument or rebuttal.
   a.     Rebuttal by Opponents.
   b.     Rebuttal by City Administration.
   c.     Rebuttal by Appellant followed by the Applicant, if different.

EXHIBIT D