ORIGINAL

ST. PETERSBURG CITY COUNCIL MEETING
OCTOBER 13, 2011

IN RE:

ORDINANCE 2-H CREATING A NEW SECTION 20-30(i);
PROVIDING FOR APPEALS TO THE ISSUANCE OF
TRESPASS WARNINGS IN CERTAIN SITUATIONS,
PROVIDING FOR HEARING MASTERS AND PROCEDURES FOR
APPEALS; CLARIFYING AND FORMALIZING THE PROCESS FOR
AN APPEAL OF A TRESPASS WARNING; AND AMENDING
SECTION 20-30(e) TO PROVIDE THAT TRESPASS WARNINGS
SHALL IDENTIFY THE RIGHT OF AN APPEAL TO A TRESPASS
WARNING

*******************************************************

AUDIO RECORDED
SESSION OF:      ST. PETERSBURG CITY
                 COUNCIL MEETING

DATE:            NOVEMBER 3, 2011

LOCATION:        COUNCIL CHAMBERS
                 175 Fifth Street North
                 St. Petersburg, Florida

TRANSCRIBED BY:  JACQUELINE REICHERT
                 Court Reporter
                 Notary Public
                 No. DD 772714
                 Expires: 3/27/12

EXHIBIT E

INTEGRA REPORTING GROUP, LLC
TAMPA, FLORIDA
INFO@INTEGRAREPORTING.COM  •  WWW.INTEGRAREPORTING.COM

PROCEEDINGS

THE CHAIRMAN: Let the Clerk read the title.

THE CLERK: Item 2-H. An Ordinance creating a new Section 20-30(i) providing for appeals to the issuance of trespass warnings in certain situations; providing for Hearing Masters and procedures for appeals; clarifying and formalizing the process for an appeal of a trespass warning; amending Section 20-30(e) to provide that trespass warnings shall identify the right to an appeal of a trespass warning.

MR. WINN: You'll recall that we've had several challenges to some of our ordinances. When our trespass ordinance went up on appeal to the 11th Circuit recently The Court found in our favor on everything, but commented that there was some concern that we did not have a process for appeals when trespass warnings are issued for government employees.

We don't necessarily agree with that. There is a process in place that we think is adequate to provide due process for those

## EXHIBIT E

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
**INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM**

1   folks.  But just to ensure that there is a
2   clearly written procedure that formally lays
3   out a process, we have established this
4   trespass appeal warning process so that
5   anybody that's issued an appeal or a trespass
6   warning will know what the process is.  And
7   it's noted actually on the trespass warning
8   itself that there is an appeal opportunity
9   within a certain number of days.
10          COUNCIL MEMBER:  Approval.
11          COUNCIL MEMBER:  Second.
12          THE CLERK:  We do have one.
13          COUNCIL MEMBER:  Sorry.
14          THE CLERK:  Kyle Theal (phonetic).
15          COUNCIL MEMBER:  Good afternoon.
16          MR. THEAL:  Thank you.  My name is Kyle
17   Theal.  I live on the 3158 Shoreline Drive.
18   It's technically in Clearwater, but I spend
19   the vast majority of my time in
20   St. Petersburg.
21          I just had a couple of questions actually
22   about this ordinance.  I put against on my
23   card, we'll put that as a tentatively
24   against.
25          I was just curious.  As I was looking

1  over this -- as I was looking over the

2  documents provided online, what are the total

3  fees the City will be incurring in regards to

4  the contracting of a Hearing Master as well

5  as, you know, the fees associated with the

6  increased manpower of the work involved?

7  What's the projected amount?

8      THE CHAIRMAN:  One of the things with

9  public comment, we'll listen to you, but it's

10  not necessarily an opportunity to respond to

11  specific questions.

12      MR. THEAL:  Okay.  Then I'll just save my

13  next two questions and then be done then if

14  that's all right.

15      THE CHAIRMAN:  I would also -- I would

16  invite you to -- you know, as staff we want

17  to hear from you, but I don't want you to

18  expect that an individual answer --

19      MR. THEAL:  Absolutely.  Of course.

20  Thank you.

21      All right.  Well, my next question was

22  going to be, what was the motive behind this?

23  I guess I just heard the answer to that.

24      I would also like to know how many of

25  these appeals the City thinks it's going to

1   hear.  And if, you know, again, since there's

2   going to be an increase of fees incurred,

3   those are probably or potentially going to be

4   passed onto citizens in the form of taxes.  I

5   just want to see if the City, you know,

6   thought that that was really well worth it in

7   that instance?  So thank you for your time.

8       THE CHAIRMAN:  Thank you.

9       Mr. Newton.

10      MR. NEWTON:  I just wanted to ask John is

11  it for a margin being an appeal process

12  that's staff, right?

13      MR. WINN:  We have designated Hearing

14  Officers that are attorneys in the community

15  that hear appeals.  We generally pay them a

16  fee of $100 an hour.  The people we currently

17  have a contract with are very accessible so

18  that we can schedule these things on a timely

19  manner.

20      It's not just for these types of appeals,

21  there are other appeals for towing and other

22  types of situations that we engage them to be

23  Hearing Masters.  There is no charge to the

24  applicant or the appellant in this case,

25  particularly because under the circumstances

1   most of them are going to be indigent and if
2   we charge a fee, we're going to have to
3   provide for people who are indigent so they
4   don't have to pay anyway.  So we don't expect
5   there to be very many, and if there are any
6   in the very beginning, we feel that will
7   establish a procedure.  The word will be out,
8   you know, what the procedure is and whether
9   or not they're being upheld as valid trespass
10  warnings.
11      MR. NEWTON:  So that's just like we have
12  an attorney on a retainer.  We just use a man
13  and we get enough, we bring him in.  Not only
14  for this but other stuff that you have.
15      MR. WINN:  Right.  We have them for
16  demolition hearing appeals, we have them for
17  towing truck appeals, these appeals, I think
18  there are one or two other types of appeals
19  there.
20      They are generally members -- well, they
21  are attorneys in good standing in the
22  community.  They generally get paid about
23  $100 an hour so it's obviously far below what
24  they normally pay.
25      MR. NEWTON:  Is the procedure we already

**EXHIBIT E**

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM

1  have in place with a retainer with the
2  attorneys.
3      MR. WOLFE:  We have a list of attorneys.
4      MR. NEWTON:  And we do multiple things,
5  it's not just appeals for trespass, so that
6  cost wouldn't be directly on trespass.
7      MR. WOLFE:  Well, is there a going to be
8  a cost?  Yes, there's going to be a slight
9  cost.
10     MR. NEWTON:  But it won't be an attorney
11 just for trespass I guess that's what he's
12 bringing up.
13     MR. WOLFE:  Well, you know, it may add to
14 the number of appeals that an attorney hears
15 which would add to the fees, yes, so there
16 might be a slight increase in costs.
17 However, the policy decision -- the next
18 question that he asked is, do you think it's
19 worth it?  And The Court ordered to enforce
20 trespass warnings, you know.
21     MR. NEWTON:  But I'm saying we already
22 have a procedure in place that we have
23 attorneys on retainers for appeals on
24 numerous different things.
25     MR. WOLFE:  That's correct.

## EXHIBIT E

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
**INFO@INTEGRAREPORTING.COM** • **WWW.INTEGRAREPORTING.COM**

1       MR. NEWTON:  And that would be one more

2   thing lumped in there if we get any trespass,

3   we wouldn't hire an attorney just for appeals

4   for trespass?

5       MR. WOLFE:  No.

6       THE CHAIRMAN: Mr. Kornell.

7       MR. KORNELL:  I'm good.

8       THE CHAIRMAN:  Do we have a motion?

9       COUNCIL MEMBER:  Yes.

10      COUNCIL MEMBER:  Second.

11      THE CHAIRMAN:  And a second.  No further

12   lights.  Roll call, please.

13      THE CLERK:  Dudley?

14      MR. DUDLEY:  Yes.

15      THE CLERK:  Curran?

16      MS. CURRAN:  Yes.

17      THE CLERK:  Kornell?

18      MR. KORNELL:  Yes.

19      THE CLERK:  Nurse?

20      MR. NURSE:  Yes.

21      THE CLERK: Newton:

22      MR. NEWTON:  Yes.

23      THE CLERK:  Danner?

24      MR. DANNER:  Yes.

25      THE CLERK:  Polson?

## EXHIBIT E

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
**INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM**

1       MR. POLSON:  Yes.

2       THE CLERK:  Kennedy?

3       MR. KENNEDY:  Yes.

4       (St. Petersburg City Council moved on to

5    the next item on the agenda.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## EXHIBIT E

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
INFO@INTEGRAREPORTING.COM  •  WWW.INTEGRAREPORTING.COM

```
1                      CERTIFICATE OF REPORTER

2

3

4

5

6

7          I Jacqueline L. Reichert, Court Reporter,
     Notary Public for the State of Florida at large, do
8    hereby certify I transcribed the audio proceedings at
     the time and place so indicated and that my notes
9    were hereinafter reduced to a computer-generated
     transcript.
10
           I further certify that I am not an employee
11   or relative of any of the parties and am not an
     employee or relative of the parties, and further
12   certify that I am not financially interested in the
     outcome of this proceeding.
13
           I hereby affix my signature this 11th day of
14   January 2012, in Tampa, Hillsborough County,
     Florida.
15

16

17

18                  _____
                    JACQUELINE L. REICHERT
19                  Court Reporter

20

21

22

23

24

25
```

## EXHIBIT E

**INTEGRA REPORTING GROUP, LLC**
**TAMPA, FLORIDA**
**INFO@INTEGRAREPORTING.COM • WWW.INTEGRAREPORTING.COM**