## St. Petersburg Police Department - TRESPASS WARNING (Florida § 810.08/.09 and/or C.O. 20-29/30)

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Name: | Anthony Catrone | Date: | 5-24-10 | Time: | 12:40 |
| Address: | Transient | City: | St Pete | State: | Fl |
| DOB: | | Sex: M | Race: W | Height: 5'9 | Weight: 190 |
| Hair: Red | Eyes: Green | Other Identifiers: | | | |

**Violation of State Law or City Ordinance 20-29, Private Property:** You are hereby notified that your presence is no longer welcome for ☐ One (1) year / ☐ permanently on the property/premises described below, unless such prohibition is rescinded in writing by the property owner/agent.

**Violation of City Ordinance 20-30, Municipal Property:** You are hereby notified that your presence is no longer welcome for ☐ One (1) year / ☒ Two (2) years on the property/premises described below, unless such prohibition is rescinded in writing by the City official having control over the premises.

If after this warning is issued, you are found on said property in violation of State Statute or City Ordinance, you will be subject to arrest.

Note: Issuing officer must specifically describe the premises/property the subject is being trespassed from: Williams Park
Arrested for trespass after warning 350 2av N or 301 1av N

| Issuing Officer: R. Taylor | Incident #: | Property Owner/Agent (Print): Ofc R. Taylor |
| --- | --- | --- |
| | | Signature: R. Taylor |
| Payroll #: 36071 | Report #: 2010-0 | Title: Officer |
| Trespasser Acknowledgement: ARRESTED | | Contact Address: 1300 1av N (Police Dept) |

SPPD -04-047-11/22/2005 (Rev. 1)    Distribution: Original to Records, pink copy to complainant and yellow copy to tres-

EXHIBIT J