# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2012

Kirsten Noelle Clanton
Southern Legal Counsel, Inc.
1229 NW 12TH AVE
GAINESVILLE, FL 32601-4113

Joseph P. Patner
Office of the City Attorney
PO BOX 2842
SAINT PETERSBURG, FL 33701

Appeal Number: 10-12032-
Case Style:


The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/ej
Phone #: (404) 335-6176

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12032-DD

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 03 2012

JOHN LEY
CLERK
```

ANTHONY CATRON,
JO ANNE REYNOLDS,
ET AL.,

Plaintiffs - Appellants,

versus

CITY OF ST. PETERSBURG,

Defendant - Appellee.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: EDMONDSON and MARTIN, Circuit Judges, and HODGES,* District Judge.

BY THE COURT:

Appellee's "Motion for Leave to File Surreply..." is DENIED.

Appellants' motion for appellate attorney's fees and expenses is REMANDED to the district court to determine entitlement and the amounts, if any, to be awarded, should Appellants prevail below.

---

*Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.