UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND YOUNG,

    Plaintiffs,

v.                                                    CASE NO: 8:09-cv-923-T-23EAJ

CITY OF ST. PETERSBURG,

    Defendant.
_____/

**<u>ORDER</u>**

The parties move (Doc. 102) under Rule 41(a)(2), Federal Rules of Civil Procedure, to voluntarily dismiss. First, the parties ask for a judicial "adoption" of paragraph five of the settlement agreement, which states, "The parties agree to an Order prohibiting Defendant from using the version of the trespass warning form attached to Plaintiff's Amended Complaint. (Doc. 40-1 at 34) [] The parties will ask the Court to adopt this provision as part of its Order dismissing the case." Second, the parties "also stipulate that Defendant will pay $125,000 to Plaintiffs' attorneys as full payment of all attorneys' fees, costs, and expenses that Plaintiff incurred in this proceeding and on appeal to the Eleventh Circuit Court of Appeals."

As detailed in an August 23, 2012, order (Doc. 101), no judicial "adoption" of the parties' agreement is available. The August 23rd order requires no repetition. Instead, the parties' request is construed as a motion for both a stipulated permanent

injunction and a stipulated judgment. As construed, the motion (Doc. 102) is **GRANTED**.

The defendant is **ENJOINED** from using the version of the trespass warning form attached to the plaintiff's amended complaint (Doc. 40-1 at 34). Jurisdiction is retained to construe, modify, and enforce this injunction.

The clerk is directed to enter judgment for the plaintiff and against the defendant in the amount of $125,000 in attorneys' fees. The case remains closed.

ORDERED in Tampa, Florida, on October 11, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE